**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **JOSE MARBIN ALVARADO-PONCE #A215-704-688** | **CASE NO. 3:26-CV-02013 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **TAE D JOHNSON ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 12], together with the written objections thereto filed with this Court [Doc. No. 13], and having thoroughly reviewed the record, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** Petitioner's petition is **DENIED AND DISMISSED WITHOUT PREJUDICE.**

MONROE, LOUISIANA, this 22nd day of September, 2026.

Terry A. Doughty
United States District Judge